UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,                                           **CONSENT TO PROCEED BY TELE CONFERENCE**

        -against-

                                                                                                     -CR-    ( )( )

      Terrell Griffin                        Defendant(s).
-------------------------------------------------------------------X

              Terrell Griffin
Defendant _____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

   **X**     Initial Appearance Before a Judicial Officer

   ___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

   ___     Bail/Detention Hearing

   ___     Conference Before a Judicial Officer


*S/ Terrell Griffin /otw*                                        *Lance Clarke*
_____                       _____
Defendant's Signature                                Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Terrell Griffin                                      Lance A. Clarke
_____                       _____
Print Defendant's Name                               Print Counsel's Name


This proceeding was conducted by reliable telephone conferencing technology.

4·15·2021                                            _____
_____                        **Ona T. Wang**
Date                                                 United States Magistrate Judge